**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:12-cv-00762-BAH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 2, 3, 4, 5, 6, 7, 8 AND 10 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Doe 2, 3, 4, 5, 6, 7, 8 and 10 from this action without prejudice. Defendants were assigned the IP addresses 68.48.99.129, 68.49.140.146, 68.55.23.167, 216.15.16.241, 216.15.18.175, 216.15.8.170, 66.44.127.180 and 74.96.45.63, respectively. Plaintiff recently received the names and identifying information of many Defendants in this case and is unable to coordinate service of process to properly serve Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: September 10, 2012

Civil Action Case No. 1:12-cv-00762-BAH

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel for Plaintiff*
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire